**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

UNITED STATES OF AMERICA,

              Plaintiff,

     v.

DENAE KIZYS,
              Defendant.

**CASE NO. 2:26-PO-00023**

**MAGISTRATE JUDGE JOLSON**

## ORDER

Upon motion of the United States, and the Court being duly advised in the premises.

IT IS HEREBY ORDERED THAT this case be DISMISSED.

s/ Kimberly A. Jolson
**KIMBERLY A. JOLSON**
**United States Magistrate Judge**

5/4/2026
**DATE**